ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-May-11 15:37:08
60CV-17-2365
C06D09 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY ARKANSAS
___ DIVISION

APRIL HUDSON                                                                PLAINTIFF

Vs.                              CASE NO. _____

ELMER BUCHHEIT LOGISTICS, INC. and
BRANDON JACKSON                                                       DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, by and through her counsel, Lloyd W. "Tre'" Kitchens, and for her Complaint states:

1. Plaintiff is an individual resident of Pulaski County Arkansas.

2. Defendant Elmer Buchheit Logistics, Inc. is a foreign for profit company doing business in the state of Arkansas. Defendant Buchheit's principle place of business is 7148 Hwy Kk, Friedheim, MO 63747.

3. On information and belief Defendant Jackson is an individual resident of the State of Missouri.

4. The events complained of herein occurred in Pulaski County. This Court has jurisdiction to hear this matter and is the proper venue.

5. On or about 12/01/15 the Plaintiff was lawfully operating her motor vehicle on I-430 traveling North. At that time the tractor trailer owned by Defendant Buchheit and operated by Defendant Jackson negligently struck the Plaintiff's vehicle from behind, proximately causing injuries to the Plaintiff.

6. Defendant Jackson's specific negligence includes but is not limited to:

    a.   Failure to keep a proper lookout;

    b.   Failure to yield;

EXHIBIT A

  c. Driving at speed in excess of conditions; and

  d. Otherwise failing to exercise ordinary care.

7. The negligence of Defendant Jackson are imputed to his employer Defendant Buchheit by *respondeat superior*.

8. The negligence of the Defendants proximately caused the Plaintiff to suffer painful and permanent personal injuries, incur medicals bills, will incur medical bills in the future, will experience pain, suffering in mental anguish in the future, lost time from work and will lose time from work in the future, and other out of pocket expenses.

WHEREFORE, the Plaintiff prays for a judgment against the Defendants in an amount to compensate her for the damages she has sustained, to be determined by a jury, and in excess of the minimum amount for Federal Diversity of Citizenship jurisdiction, and for all other just and proper relief.

        Respectfully Submitted,

        **THE BRAD HENDRICKS LAW FIRM**
        500 C Pleasant Valley Drive
        Little Rock, Arkansas  72227
        (501) 221-0444
        (501) 219-0608 (fax)
        tkitchens@bradhendricks.com

BY: /s/ Lloyd W. "Tre" Kitchens
    LLOYD W. "TRE" KITCHENS, ABN 99075